UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Maria I. Roque

Case No.: 17-19067/JNP
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

___JOSEPH D. MARCHAND___, ___TRUSTEE___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067

If an objection is filed, a hearing will be held before the Honorable ___Jerrold N. Poslusny, Jr.___ on ___August 1, 2017___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4C___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
318 Logan St., Woodbury, NJ 08096

FMV - $90,000.00

Liens on property:      $76,349.46 - Bank America/Real Time Resolutions

Amount of equity claimed as exempt:  $14,181.00

Objections must be served on, and requests for additional information directed to:

Name:     /s/ Joseph D. Marchand, Chapter 7 Trustee
Address:  117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 17-19067-JNP
Maria I. Roque                                                          Chapter 7
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                 Date Rcvd: Jun 28, 2017
                               Form ID: pdf905             Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2017.
db             +Maria I. Roque,    318 Logan Street,     Woodbury, NJ 08096-2204
516804853      +Able Imaging,    157 Fries Mill Rd.,     Turnersville, NJ 08012-2017
516804854      +Akron Billing Center,    3585 Ridge Park Dr,    Akron, OH 44333-8203
516804855      +Apex Asset,    2501 Oregon Pike Suite 102,    Lancaster, PA 17601-4890
516804856      +Arthritis Rheumatic & Back Disease Assoc,     2309 Evesham Road Suite 101,
                 Voorhees, NJ 08043-1559
516804857      +BOA/ Real Time Resolutions,    Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
516804858      +Booth Radiology,    748 Kings Highway,    Woodbury, NJ 08096-3190
516804859      +Capital Collection Svc,    20 E. Taunton Road Building 50,     Berlin, NJ 08009-2603
516804860      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516804861      +CarePoint Health,    10 Exchange Place 15th Floor,     Jersey City, NJ 07302-4934
516804863       Emerg Care Services Of NJ,    PO Box 740021,    Cincinnati, OH 45274-0021
516804864      +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
516804865      +General Revenue Corp,    PO Box 495999,    Cincinnati, OH 45249-5999
516804868      +HRRG,    PO Box 5406,    Cincinnati, OH 45273-0001
516804869      +HSBC,    PO Box 5203,    Carol Stream, IL 60197-5203
516804867       Hayt, Hayt & Landau,    PO Box 500,    Eatontown, NJ 07724-0500
516804870       Inspira Health Network,    PO Box 48274,    Newark, NJ 07101-8474
516804872      +Midland Credit Mgmt,    2365 Northside Drive Suite 300,     San Diego, CA 92108-2709
516804874       Penn Credit Corporation,    PO Box 988,    Harrisburg, PA 17108-0988
516804875      +Phoenix Financial Services,    PO Box 361450,    Indianapolis, IN 46236-1450
516804877      +Receivables Outsourcing LLC,    PO Box 549,    Lutherville Timonium, MD 21094-0549
516804878      +Rowan SOM Faculty Practice Plan,     PO Box 635,    Bellmawr, NJ 08099-0635
516804881      +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 28 2017 22:47:29      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 28 2017 22:47:25       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516804862      +E-mail/Text: legal-dept@cooperhealth.edu Jun 28 2017 22:47:29      Cooper Health System,
                 One Cooper Plaza,    Camden, NJ 08103-1489
516804866      +E-mail/Text: gkenyon@pegschools.com Jun 28 2017 22:47:56      Harris School Of Business,
                 100 South Shore Drive, Suite 125,    East Haven, CT 06512-4692
516804871      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 28 2017 22:46:53       Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
516804873      +E-mail/PDF: pa_dc_claims@navient.com Jun 28 2017 22:38:19      Navient,   PO Box 9635,
                 Wilkes-Barre, PA 18773-9635
516804876       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 28 2017 22:43:52
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
516804879      +E-mail/Text: bankruptcy@td.com Jun 28 2017 22:47:32      TD Bank, N.A.,   Attn: Bankruptcy,
                 32 Chestnut St,    Lewiston, ME 04240-7799
516804880      +E-mail/Text: bkyelectnotices@tgslc.org Jun 28 2017 22:47:54      Texas Guaranteed Std Loan Corp.,
                 PO Box 83100,    Round Rock, TX 78683-3100
516804882      +E-mail/Text: xrays@westwoodoralsurgery.com Jun 28 2017 22:47:10       Westwood Oral Surgery,
                 992 Mantua Pike # 302,    Woodbury Heights, NJ 08097-1249
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 30, 2017                                         Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jun 28, 2017
                              Form ID: pdf905          Total Noticed: 33
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph  Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph J. Rogers     on behalf of Debtor Maria I. Roque jjresq@comcast.net,   jjresq1@comcast.net
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4
```