**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Maria I. Roque | Social Security number or ITIN xxx–xx–7471 |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–19067–JNP | |

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Maria I. Roque

8/25/17                                                                              **By the court:**  Jerrold N. Poslusny Jr.
                                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                             Case No. 17-19067-JNP
Maria I. Roque                                                     Chapter 7
          Debtor              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Aug 25, 2017
                               Form ID: 318                 Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2017.
db             +Maria I. Roque,    318 Logan Street,    Woodbury, NJ 08096-2204
516804853      +Able Imaging,    157 Fries Mill Rd.,    Turnersville, NJ 08012-2017
516804854      +Akron Billing Center,    3585 Ridge Park Dr,    Akron, OH 44333-8203
516804855      +Apex Asset,    2501 Oregon Pike Suite 102,    Lancaster, PA 17601-4890
516804856     #+Arthritis Rheumatic & Back Disease Assoc,    2309 Evesham Road Suite 101,
                 Voorhees, NJ 08043-1559
516804857      +BOA/ Real Time Resolutions,    Attn: Bankruptcy,   Po Box 36655,    Dallas, TX 75235-1655
516804858      +Booth Radiology,    748 Kings Highway,   Woodbury, NJ 08096-3190
516804859      +Capital Collection Svc,    20 E. Taunton Road Building 50,    Berlin, NJ 08009-2603
516804861      +CarePoint Health,    10 Exchange Place 15th Floor,   Jersey City, NJ 07302-4934
516804863       Emerg Care Services Of NJ,    PO Box 740021,   Cincinnati, OH 45274-0021
516804864      +Eos Cca,   Po Box 981008,    Boston, MA 02298-1008
516804865      +General Revenue Corp,    PO Box 495999,   Cincinnati, OH 45249-5999
516804868      +HRRG,   PO Box 5406,   Cincinnati, OH 45273-0001
516804869      +HSBC,   PO Box 5203,   Carol Stream, IL 60197-5203
516804867       Hayt, Hayt & Landau,    PO Box 500,   Eatontown, NJ 07724-0500
516804870       Inspira Health Network,    PO Box 48274,   Newark, NJ 07101-8474
516804874       Penn Credit Corporation,    PO Box 988,   Harrisburg, PA 17108-0988
516804875      +Phoenix Financial Services,    PO Box 361450,   Indianapolis, IN 46236-1450
516804877      +Receivables Outsourcing LLC,    PO Box 549,   Lutherville Timonium, MD 21094-0549
516804878      +Rowan SOM Faculty Practice Plan,    PO Box 635,   Bellmawr, NJ 08099-0635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJDMARCHAND.COM Aug 25 2017 22:28:00     Joseph Marchand,    117-119 West Broad St.,
                 PO Box 298,   Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 25 2017 22:29:33     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 25 2017 22:29:31     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516804860      +EDI: CAPITALONE.COM Aug 25 2017 22:28:00     Capital One,   Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516804862      +E-mail/Text: legal-dept@cooperhealth.edu Aug 25 2017 22:29:32     Cooper Health System,
                 One Cooper Plaza,    Camden, NJ 08103-1489
516804866      +E-mail/Text: gkenyon@pegschools.com Aug 25 2017 22:29:40     Harris School Of Business,
                 100 South Shore Drive, Suite 125,    East Haven, CT 06512-4692
516804871      +EDI: CBSKOHLS.COM Aug 25 2017 22:28:00     Kohls/Capital One,    Kohls Credit,    Po Box 3043,
                 Milwaukee, WI 53201-3043
516804872      +EDI: MID8.COM Aug 25 2017 22:28:00     Midland Credit Mgmt,    2365 Northside Drive Suite 300,
                 San Diego, CA 92108-2709
516804873      +EDI: NAVIENTFKASMSERV.COM Aug 25 2017 22:28:00     Navient,    PO Box 9635,
                 Wilkes-Barre, PA 18773-9635
516804876       EDI: PRA.COM Aug 25 2017 22:28:00     Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541
516804879      +EDI: TDBANKNORTH.COM Aug 25 2017 22:28:00     TD Bank, N.A.,    Attn: Bankruptcy,
                 32 Chestnut St,    Lewiston, ME 04240-7799
516804880      +E-mail/Text: bkyelectnotices@tgslc.org Aug 25 2017 22:29:39     Texas Guaranteed Std Loan Corp.,
                 PO Box 83100,    Round Rock, TX 78683-3100
516804881      +EDI: VERIZONEAST.COM Aug 25 2017 22:28:00     Verizon,    500 Technology Dr Ste 30,
                 Weldon Spring, MO 63304-2225
516804882      +E-mail/Text: xrays@westwoodoralsurgery.com Aug 25 2017 22:29:24     Westwood Oral Surgery,
                 992 Mantua Pike # 302,    Woodbury Heights, NJ 08097-1249
                                                                                              TOTAL: 14

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Aug 25, 2017
                              Form ID: 318             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph   Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph J. Rogers    on behalf of Debtor Maria I. Roque jjresq@comcast.net,    jjresq1@comcast.net
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```